I, __Laura Barmore__, Deputy Clerk of Court for the Third Judicial District Court for Lincoln Parish, Louisiana, hereby certify and attest that the attached, consisting of a total of __five (5)__ pages, constitutes a true, correct and complete copy of the entire court record filed in this Court captioned *Aleah Robinson v. D Benton, Inc., Progressive Casualty Insurance Company and Gordan Ferrell, Jr.,* Docket No. 62,160;

SO CERTIFIED AND ATTESTED TO this __18__ day of __February__, 2022, at Ruston, Louisiana.

*Laura Barmore*
DEPUTY CLERK OF COURT
THIRD JUDICIAL DISTRICT COURT
LINCOLN PARISH, LOUISIANA

EXHIBIT A

| | |
|---|---|
| ALEAH ROBINSON | : SUIT NUMBER 62460 |
| VERSUS | : 3rd JUDICIAL DISTRICT COURT |
| D BENTON, INC.; PROGRESSIVE CASUALTY INSURANCE COMPANY and GORDAN FERRELL, JR. | : LINCOLN PARISH, LOUISIANA |

## PETITION

Aleah Robinson, of the full age of majority and domiciled in Lincoln Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. D Benton Inc., a foreign corporation whose principal place of business is in the State of North Carolina;

b. Progressive Casualty Insurance Company, a foreign insurer who provided liability coverage to D Benton, Inc.; and

c. Gordan Ferrell, Jr., of full age of majority, domiciled in Durham County, North Carolina.

2.

On December 17, 2021, a wreck occurred on I-20 in Lincoln Parish, Louisiana, involving a tractor trailer, owned by D Benton, Inc., and operated by Gordan Ferrell, Jr., and a 2014 Ford Fusion operated by Aleah Robinson.

3.

Gordan Ferrell, Jr. rear-ended Aleah Robinson.

4.

Gordan Ferrell, Jr., endangered the public and caused plaintiff harm by:

a. Failing to maintain a proper lookout;

b. Following too close; and

c. Operating his vehicle in a careless and reckless manner.

5.

Gordan Ferrell, Jr., was in the course and scope of his employment with D Benton Inc., at all times relevant herein.

A True Copy of the Original on File
This February 18, 2022
_Laura Barron_
Dy. Clerk, District Court

Filed in Clerk's Office
JAN 26 2022 20___
_[signature]_
By. C.D.C.

6.

Defendants' reckless and negligent conduct caused harm to plaintiff, Aleah Robinson. Defendants are responsible for plaintiff's past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) functional limitations and impairments; 5) scarring and disfigurement; 6) lost wages and economic loss; 7) loss of enjoyment of life; and 8) property damage; and 9) loss of earning capacity.

7.

Plaintiffs' claims equal or exceed the amount in controversy required for jurisdiction under 28 USC Code §1332.

WHEREFORE, plaintiffs pray that all harms and losses caused by the defendants be repaired by judgment.

**PLEASE SERVE:**

**D BENTON, INC.**
Through their agent for service of process
Gregory Dale Benton
1588 Cuyler Best Rd.
Goldsboro, NC 27534

**PROGRESSIVE CASUALTY INSURANCE COMPANY**
Through their agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 700809

**GORDAN FERRELL, JR.**
2727 Little Rogers Rd.
Duram, NC 27704

MORRIS & DEWETT, LLC

By: _____
Meghan M. Nolen (#39522)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 – Telephone
(318) 221-4560 – Facsimile
mnolen@morrisdewett.com

ATTORNEY FOR PLAINTIFFS

ATTORNEY: MEGHAN M NOLEN

D863506

## CITATION

| ALEAH ROBINSON | THIRD JUDICIAL DISTRICT |
|---|---|
| VS. | PARISH OF LINCOLN |
| D BENTON INC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-62160 | |

TO: PROGRESSIVE CASUALTY INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA
70809

YOU ARE HEREBY CITED to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Third Judicial District Court, in the Lincoln Parish Courthouse Ruston, Louisiana, within TWENTY-ONE (21) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES of said Court, this JANUARY 26, 2022.

LINDA COOK, CLERK OF COURT

By:_____
Deputy Clerk of Court
Lincoln Parish

**ATTACHMENTS**
**PETITION**

---

### SHERIFF'S RETURN

DATE: _____ 20____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TO LATE FOR SERVICE  ( )
SERVICE OF WITHIN PAPERS
COST FOR FEE: $_____     MILEAGE: $_____     TOTAL: $_____

DEPUTY: _____

ATTORNEY: MEGHAN M NOLEN

D863514

## CITATION (LONG-ARM)

| ALEAH ROBINSON | THIRD JUDICIAL DISTRICT |
|---|---|
| VS. | PARISH OF LINCOLN |
| D BENTON INC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-62160 | |

TO: D BENTON INC
    THROUGH THEIR AGENT FOR SERVICE OF PROCESS
    GREGORY DALE BENTON
    1588 CUYLER BEST RD
    GOLDSBORO, NC 27534

**VIA LA LONG ARM STATUTE**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Third Judicial District court, Ruston, Louisiana, within thirty (30) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this JANUARY 26, 2022.

LINDA COOK, CLERK OF COURT

By:_____
Deputy Clerk of Court
Lincoln Parish

ATTACHMENTS
PETITION

---

## SHERIFF'S RETURN

DATE: _____ 20____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COST FOR FEE: $_____    MILEAGE: $_____    TOTAL: $_____

DEPUTY: _____

ATTORNEY: MEGHAN M NOLEN

D863522

## CITATION (LONG-ARM)

| ALEAH ROBINSON | THIRD JUDICIAL DISTRICT |
|---|---|
| VS. | PARISH OF LINCOLN |
| D BENTON INC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-62160 | |

TO: GORDON FERRELL JR
2727 LITTLE ROGERS RD
DURAM, NC 27704

**VIA LA LONG ARM STATUTE**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Third Judicial District court, Ruston, Louisiana, within thirty (30) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this JANUARY 26, 2022.

LINDA COOK, CLERK OF COURT

By:_____
Deputy Clerk of Court
Lincoln Parish

**ATTACHMENTS**
**PETITION**

---

### SHERIFF'S RETURN

DATE: _____ 20____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) _____
UNABLE TO LOCATE        MOVED ( )            NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COST FOR FEE: $_____    MILEAGE: $_____    TOTAL: $_____

DEPUTY: _____